UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUDREY L. KIMNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETER HANN, et al.,<br><br>　　　　Defendants. | Case No.  5:21-cv-06488-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 18, 19 |

On February 2, 2022, Magistrate Judge DeMarchi issued a report and recommendation advising that the undersigned deny Plaintiff Audrey Kimner's motion to proceed *in forma pauperis*. *See* Dkt. No. 19. Plaintiff did not file any timely objections. Where a party fails to object to a report and recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003). Because there is no objection, the Court may accept the recommendation without review. Nevertheless, even after a *de novo* review, the Court finds good cause to accept and adopt the report and recommendation in full. Therefore, Plaintiff's application to proceed *in forma pauperis* is **DENIED**. Because Plaintiff did not comply with Judge DeMarchi's order to show cause, this action is **dismissed with prejudice.** The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:21-cv-06488-EJD
ORDER ADOPTING REPORT AND RECOMMENDATION
1